IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GEORGE R. MALLARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | NO. CIV-04-1382-T |
| ) | |
| ) | |
| BOB TOMLINSON, et al., ) | |
| ) | |
| Defendants. ) | |

ORDER OF REFERRAL
TO UNITED STATES MAGISTRATE JUDGE

In accordance with 28 U.S.C. § 636, this matter is hereby referred to Magistrate Judge Doyle W. Argo for preliminary review, for conducting any necessary hearings, including evidentiary hearings, for the entry of appropriate orders as to non-dispositive matters, and for the preparation and submission to the undersigned judge of proposed findings and recommendations as to dispositive matters referenced in 28 U.S.C. § 636(b)(1)(B) and (C).

IT IS SO ORDERED this 22nd day of August, 2005.

RALPH G. THOMPSON
UNITED STATES DISTRICT JUDGE